IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MARY DOERNER, individually and on behalf of all others similarly situated, | **CLASS ACTION** |
| *Plaintiff*, | Case No. 1:20-cv-02146-SO |
| vs. | **JURY TRIAL DEMANDED** |
| CORT BUSINESS SERVICES CORPORATION, a Delaware Corporation, | |
| *Defendant*. | |
| _____/ | |

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Mary Doerner, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this this action as follows:

1. All claims of the Plaintiff, Mary Doerner, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: May 25, 2021

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*

**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
United States District Judge
5/25/2021